1044

■■■■■■■■■■

[No. 10118-5-III. Division Three. November 8, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. OSCAR F. SCHUH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89-1-00057-4, Evan E. Sperline, J., entered July 7, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Shields, J.

[No. 13167-6-II. Division Two. November 9, 1990.]

FORREST L. DEXTER, *Appellant,* v. JAMES D. HORTON, *as Trustee,* ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-2-00051-0, John N. Skimas, J., entered August 11, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 13269-9-II. Division Two. November 9, 1990.]

*In the Matter of the Marriage of* CATHERINE ANN KANE-BAKER, *Appellant, and* JAMES KENNETH BAKER, *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 86-3-00125-8, William E. Howard, J., entered October 6, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.